## Case No. 4,813b.

FISH et al. v. The GEORGE THOMAS.

[Betts. Scr. Bk. 561.]

District Court, S. D. New York. Nov. 18, 1857.

HELD BY THE COURT: That the voyage was a round one from Boston back to the United States, and the vessel was employed earning freight the entire circuit, and this faculty was one of the interests hypothecated by the terms of the bond. No cessation of liability occurred on the vessel's arrival at Havana. That the libelants were entitled to a decree against the freight as well as the vessel.